IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAYMIE L. GALE | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN | : | NO. 13-5371 |

ORDER

AND NOW, this 23rd day of March, 2015, upon consideration of the plaintiff's request for review, the defendant's response, the plaintiff's reply thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, and plaintiff's opposition thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The plaintiff's request for review is DENIED;
3. The objections are overruled;
4. Judgment is entered in favor of defendant and against the plaintiff; and
5. The Clerk shall mark this case CLOSED for statistical purposes.

BY THE COURT:

MARY A. McLAUGHLIN, J.